UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

       Case No. 99-80664

       Honorable Patrick J. Duggan

DELFORD FORT,

       Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR EXPUNGEMENT OF CRIMINAL RECORD

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on September 23, 2009.

PRESENT:   THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Defendant was convicted on May 26, 2000, following a jury verdict of the offenses of Theft of Government Property, Aiding and Abetting; Conspiracy to Steal Government Property; and Conspiracy to Steal and Convert Items of Value of $5,000 or More Which Was Under the Care, Custody and Control of the Detroit Police Department. (Def.'s Resp. at 1.) Defendant was sentenced on June 12, 2001, to a term of twenty (20) months and has now completed his term of incarceration.

Presently before the Court is Defendant's *pro se* Motion for Expungement of Criminal Record. While the federal courts possess inherent equitable powers "to order the expungement of a record in an appropriate case," *United States v. Doe*, 556 F.2d 391, 393

(6th Cir. 1977), this Court does not believe that the record of a conviction, the validity of which is not questioned, should be expunged. *See United States v. Scott*, 793 F.2d 117, 118 (5th Cir. 1986).

Defendant cites no authority nor does Defendant present any arguments that persuade this Court that he is entitled to have the record of the conviction expunged. Therefore, for the reasons set forth above,

**IT IS HEREBY ORDERED** that Defendant's Motion for Expungement of Criminal Record is **DENIED**.

<u>s/PATRICK J. DUGGAN</u>
UNITED STATES DISTRICT JUDGE

Copies to:
Mr. Delford Fort
9900 Memorial
Detroit, MI  48227

Stanley J. Janice, AUSA

2